1   CEDRIC C. CHAO  (CA SBN 76045)
    CChao@mofo.com                                      **E-filed 3/6/06**
2   JAMES M. SCHURZ  (CA SBN 145874)
    JSchurz@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Defendants
    RODERICK SUTTON, DESMOND CHIONG, FERRIER
7   HODGSON, MOULIN GLOBAL EYECARE HOLDINGS
    LIMITED, AMPLE FAITH INVESTMENTS LIMITED,
8   OFFER HIGH INVESTMENTS LIMITED

9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13
    ANTHONY P. DiCHIARA,                    Case No.    06-0670 JF
14
                    Plaintiff,
15
          v.                                STIPULATION AND [PROPOSED]
16                                          ORDER RE STAY OF
    RODERICK SUTTON, DESMOND CHIONG,        PROCEEDINGS AND
17  FERRIER HODGSON, MOULIN GLOBAL          EXTENSIONS OF TIME FOR
    EYECARE HOLDINGS LIMITED                FILING MOTION TO REMAND
18  (SUCCESSOR TO MOULIN                    AND RESPONSIVE PLEADINGS
    INTERNATIONAL HOLDINGS LIMITED),
19  AMPLE FAITH INVESTMENTS LIMITED,
    OFFER HIGH INVESTMENTS LIMITED,
20  ECCA HOLDINGS CORPORATION and DOES
    ONE through TEN inclusive,
21
                    Defendants.
22

23
          Pursuant to Rule 7-12 of the Local Rules for the United States District Court for the
24
    Northern District of California, Defendants Roderick Sutton ("Sutton"), Desmond Chiong
25
    ("Chiong"), Ferrier Hodgson Limited (sued herein as "Ferrier Hodgson"), Moulin Global Eyecare
26
    Holdings Limited (successor to Moulin International Holdings Limited), Ample Faith
27
    Investments Limited, and Offer High Investments Limited (collectively the "Moulin
28

1   Defendants"), Defendant ECCA Holdings Corporation, and Plaintiff Anthony DiChiara (all of the

2   preceding collectively, the "Parties") enter into the following stipulation.  The Defendants do not

3   submit or consent to the personal jurisdiction of this Court or any other court by the filing of this

4   Stipulation.

5          WHEREAS the United States Bankruptcy Court for the Northern District of California

6   (the "Bankruptcy Court") currently has under submission the Moulin Defendants' Motion for

7   Entry of Order (1) Granting Recognition of Hong Kong and Bermuda Proceedings as Foreign

8   Proceedings Under 11 U.S.C. §1517; (2) Recognizing Hong Kong Proceedings as a Foreign Main

9   Proceeding Under 11 U.S.C. §1517(b)(1), or, Alternatively, Recognizing Bermuda Proceeding as

10  a Foreign Main Proceeding; (3) Confirming That Automatic Stay of 11 U.S.C. §362 Is Applicable

11  Under 11 U.S.C. §1520(a); and (4) Staying California Lawsuit Under 11 U.S.C. §1521(a) to the

12  Extent Not Stayed Under 11 U.S.C. §1520 (the "Motion");

13         WHEREAS at a hearing held on February 24, 2006, the Bankruptcy Court, Honorable

14  Thomas Carlson presiding, issued certain interim rulings with respect to the Motion and indicated

15  that it intended to issue a written order memorializing its rulings (the "Bankruptcy Court Order");

16         WHEREAS the Parties previously stipulated that responsive pleadings to Plaintiff's

17  Complaint shall be due March 10, 2006; and

18         WHEREAS the Bankruptcy Court encouraged the Parties, and the Parties have agreed, to

19  seek a stipulation and order staying further proceedings in this Court until the Bankruptcy Court

20  Order shall have been entered;

21         THEREFORE, IT IS HEREBY STIPULATED:

22         1.     For purposes of this order, "Revivification Date" shall mean the first business day

23  that is 30 days after the date on which the Bankruptcy Court Order shall have been entered,

24  provided, however, that if the Bankruptcy Court Order provides for a date certain by which a

25  percentage of the shares of ECCA Holdings Corporation (as the Court may order) shall, or may,

26  be deposited into the registry of the Court to secure performance of any relief that might be

27  awarded to DiChiara (the "Security Date"), then "Revivification Date" shall mean the first

28  business day that is 25 days after the passage of the Security Date.

1    2.    Except as set forth in paragraph 3 below, the Parties agree to stay all proceedings

2    and adjourn all deadlines in the above-captioned action, including discovery and Defendants'

3    deadline for filing their responses to Plaintiffs' Complaint, until the Revivification Date.

4    3.    Plaintiff Anthony DiChiara may file a motion to remand by March 2, 2006, but

5    shall not be required to file or serve supporting papers as required by Civil Local Rule 7,

6    including Civil Local Rules 7-2, 7-4, and 7-5, until the Revivification Date.  The hearing date for

7    such motion shall be no earlier than 35 days after the Revivification Date.

8    ///

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SO STIPULATED:

Dated: March ___2___, 2006

CEDRIC C. CHAO
JAMES M. SCHURZ
MORRISON & FOERSTER LLP


By: _____
        Cedric C. Chao

Attorneys for Defendants
RODERICK SUTTON, DESMOND
CHIONG, FERRIER HODGSON,
MOULIN GLOBAL EYECARE
HOLDINGS LIMITED, AMPLE
FAITH INVESTMENTS LIMITED,
OFFER HIGH INVESTMENTS
LIMITED


Dated: March _____, 2006

MARK W. LERNER
MICHAEL C. HARWOOD
ROBERT M. NOVICK
NOELLE KOWALCZYK
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP

CLAUDE M. STERN
PATRICK DOOLITTLE
DOUG COLT
STACI E. DRESHER
QUINN EMANUEL URQUHART OLIVER
& HEDGES LLP


By: _____
        Robert M. Novick

Attorneys for Plaintiff
ANTHONY P. DiCHIARA

1  SO STIPULATED:

2  Dated: March _____, 2006                    CEDRIC C. CHAO
                                                JAMES M. SCHURZ
3                                               MORRISON & FOERSTER LLP

4

5                                               By: _____
                                                    Cedric C. Chao
6
                                                Attorneys for Defendants
7                                               RODERICK SUTTON, DESMOND
                                                CHIONG, FERRIER HODGSON,
8                                               MOULIN GLOBAL EYECARE
                                                HOLDINGS LIMITED, AMPLE
9                                               FAITH INVESTMENTS LIMITED,
                                                OFFER HIGH INVESTMENTS
10                                              LIMITED

11

12  Dated: March  2 , 2006                      MARK W. LERNER
                                                MICHAEL C. HARWOOD
13                                              ROBERT M. NOVICK
                                                NOELLE KOWALCZYK
14                                              KASOWITZ, BENSON, TORRES &
                                                FRIEDMAN LLP
15
                                                CLAUDE M. STERN
16                                              PATRICK DOOLITTLE
                                                DOUG COLT
17                                              STACI E. DRESHER
                                                QUINN EMANUEL URQUHART OLIVER
18                                              & HEDGES LLP

19

20                                              By: _____
                                                    Robert M. Novick
21
                                                Attorneys for Plaintiff
22                                              ANTHONY P. DiCHIARA

23

24

25

26

27

28

1  Dated: March ___2___, 2006                 ROBERT L. EISENBACH, III

2                                             JOHN C. DWYER
                                             COOLEY GODWARD LLP

3

4                                            By: _____

5                                                 Robert L. Eisenbach

6                                            Attorneys for Defendant
                                             ECCA HOLDINGS CORPORATION

7

8

9  PURSUANT TO STIPULATION, IT IS SO ORDERED:

10

11

12  Dated: ___March 6, 2006___              _____
                                            HONORABLE JEREMY FOGEL
13                                          U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28