**E-filed 4/28/06**

1  CEDRIC C. CHAO  (CA SBN 76045)
   CChao@mofo.com
2  JAMES M. SCHURZ  (CA SBN 145874)
   JSchurz@mofo.com
3  PATRICIA S. MAR (CA SBN 45593)
   PMar@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   RODERICK SUTTON, DESMOND CHIONG, AMPLE FAITH
8  INVESTMENTS LIMITED, OFFER HIGH INVESTMENTS
   LIMITED
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14  ANTHONY P. DiCHIARA,                    Case No.    06-0670 JF

15                 Plaintiff,

16        v.                                **STIPULATION AND [PROPOSED]
                                            ORDER RE SCHEDULE FOR (1)
17  RODERICK SUTTON, DESMOND CHIONG,        FILING OF AMENDED
    FERRIER HODGSON, MOULIN GLOBAL          COMPLAINT; (2) DEFENDANTS'
18  EYECARE HOLDINGS LIMITED                RESPONSE TO AMENDED
    (SUCCESSOR TO MOULIN                    COMPLAINT; AND (3) CASE
19  INTERNATIONAL HOLDINGS LIMITED),        MANAGEMENT CONFERENCE**
    AMPLE FAITH INVESTMENTS LIMITED,
20  OFFER HIGH INVESTMENTS LIMITED,
    ECCA HOLDINGS CORPORATION and DOES
21  ONE through TEN inclusive,

22                 Defendants.

23

24        Pursuant to Rule 7-12 of the Local Rules for the United States District Court for the

25  Northern District of California, Defendants Roderick Sutton, Desmond Chiong, Ample Faith

26  Investments Limited, Offer High Investments Limited, and ECCA Holdings Corporation, and

27  Plaintiff Anthony DiChiara (all of the preceding collectively, the "Parties") enter into the

28

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING
CASE NO. 06-0670 JF
sf-2113443

1

1    following stipulation.  The Defendants do not submit or consent to the personal jurisdiction of

2    this Court or any other court by the filing of this Stipulation.

3         WHEREAS the Parties previously stipulated to, and this Court therefore ordered, a stay of

4    all proceedings and an adjournment of all deadlines in the above-captioned action, including

5    discovery and Defendants' deadline for filing their responses to Plaintiff's Complaint, until April

6    18, 2006;

7         WHEREAS the United States Bankruptcy Court for the Northern District of California

8    entered an order dated March 3, 2006, which stayed proceedings involving certain claims alleged

9    and certain parties named in the Complaint pursuant to 11 U.S.C. §§ 1520, 1521 and 362(a); and

10        WHEREAS Plaintiff intends to file an amended complaint;

11        THEREFORE, IT IS HEREBY STIPULATED:

12        1.    Plaintiff Anthony DiChiara shall file an amended complaint no later than April 21,

13   2006.

14        2.    Defendants Roderick Sutton, Desmond Chiong, Ample Faith Investments Limited,

15   Offer High Investments Limited, and ECCA Holdings Corporation shall file their response to the

16   amended complaint no later than May 5, 2006.

17        3.    Defendants Roderick Sutton, Desmond Chiong, Ample Faith Investments Limited,

18   Offer High Investments Limited, and ECCA Holdings Corporation shall notice any motion filed

19   in response to the amended complaint for hearing before the Honorable Jeremy Fogel on June 9,

20   2006.

21        4.    The Case Management Conference currently scheduled for June 16, 2006 shall be

22   continued until July 7, 2006.

23

24

25

26

27

28

1    SO STIPULATED:

2    Dated: April _____, 2006                CEDRIC C. CHAO
                                             JAMES M. SCHURZ
3                                            PATRICIA S. MAR
                                             MORRISON & FOERSTER LLP
4

5                                            By: _____
6                                                     Cedric C. Chao

7                                                 Attorneys for Defendants
                                                 RODERICK SUTTON, DESMOND
8                                                 CHIONG, AMPLE FAITH
                                                 INVESTMENTS LIMITED, OFFER
9                                                 HIGH INVESTMENTS LIMITED

10

11   Dated: April _____, 2006                MARK W. LERNER
                                             MICHAEL C. HARWOOD
12                                           ROBERT M. NOVICK
                                             NOELLE KOWALCZYK
13                                           KASOWITZ, BENSON, TORRES &
                                             FRIEDMAN LLP
14
                                             CLAUDE M. STERN
15                                           PATRICK DOOLITTLE
                                             DOUG COLT
16                                           STACI E. DRESHER
                                             QUINN EMANUEL URQUHART OLIVER
17                                           & HEDGES LLP

18

19                                           By: _____
20                                                    Noelle Kowalczyk

21                                                Attorneys for Plaintiff
                                                 ANTHONY P. DiCHIARA
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING                                    3
CASE NO. 06-0670 JF
sf-2113443

1    Dated: April _____, 2006                    JOHN C. DWYER
                                                 DANIEL R. KALEBA
2                                                COOLEY GODWARD LLP

3

4                                          By: _____
                                                 John C. Dwyer
5
                                                 Attorneys for Defendant
6                                                ECCA HOLDINGS CORPORATION

7

8

9    PURSUANT TO STIPULATION, IT IS SO ORDERED:

10

11
     Dated: _____      _____
12          4/27/06                      HONORABLE JEREMY FOGEL
                                         U.S. District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING
CASE NO. 06-0670 JF
sf-2113443                                                               4